

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Author J. Manning, Jr., Appellant

No. 06-24-00094-CV      v.

Longview Social Security Office, Appellee

Appeal from the County Court at Law No. 2 of Gregg County, Texas (Tr. Ct. No. 2021-1820-CCL2). Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Chief Justice Stevens.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of jurisdiction. Therefore, we dismiss the appeal.

We note that the appellant, Author J. Manning, Jr., has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED DECEMBER 18, 2024
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk